## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| ALEX HOLT, MICHELLE DANIELS, LARRY WASHINGTON, MARKO FREEMAN, JOHN POINDEXTER, NIKKI SYKES, PAULA SBABO, WO DAVIS, JOHN AGAPOS, PAULA JOHNSON, SHAWNTA POWELL, CELESTE HINES, JENNIFER SPONSELLER, MARNETTA JACKSON, FLORENCE MIMS, CONSTANCE HUNTER, CASSANDRA MCCLINTON, SHAY TUCKER, REGINA LUCKETT, and ASHLEY MARTIN, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAFFLE HOUSE, INC., a Georgia corporation, WH CAPITAL, LLC, a Georgia limited liability company, THE SOURCE FOR PUBLIC DATA, L.P. dba PUBLICDATA.COM, a foreign limited partnership, SHADOWSOFT, INC., a foreign corporation, HARLINGTON-STRAKER-STUDIO, INC., a Texas corporation, and DALE BRUCE STRINGFELLOW, an individual, <br><br> Defendants. | Case No.: 6:17-cv-00693-RBD-GJK |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Court's order dated October 25, 2017 in the related action *Jones v. Waffle House, et al.*, Case No. 6:15-cv-01637-RBD-DAB ("*Jones* Action") [*Jones*, Dkt. No. 151], Plaintiffs Alex Holt, Michelle Daniels, Larry Washington, Marko Freeman, John Poindexter,

1

Nikki Sykes, Paula Sbabo, Wo Davis, John Agapos, Paula Johnson, Shawnta Powell, Celeste Hines, Jennifer Sponseller, Marnetta Jackson, Florence Mims, Constance Hunter, Cassandra McClinton, Shay Tucker, Regina Luckett, and Ashley Martin ("Plaintiffs") have filed a consolidated complaint in the *Jones* action that incorporates the claims alleged herein [*see Jones*, Dkt. No. 154], and thus pursuant the Court's order of October 25, 2017 hereby dismiss for administrative purposes the above-captioned action without prejudice.

DATED:   November 14, 2017

        *s/ Justin Kachadoorian*
        Anthony J. Orshansky
        (admitted *pro hac vice*)
        Alexandria R. Kachadoorian
        (admitted *pro hac vice*)
        Justin Kachadoorian
        (admitted *pro hac vice*)
        COUNSELONE, PC
        9301 Wilshire Boulevard Suite 650
        Beverly Hills, CA 90210
        Tel: (310) 277.9945
        Fax: (424) 277.3727
        anthony@counselonegroup.com
        alexandria@counselonegroup.com
        justin@counselonegroup.com

        Michael J. Pascucci
        Fla. Bar No. 83397
        Joshua H. Eggnatz, Esq.
        Fla. Bar. No.: 0067926
        EGGNATZ, LOPATIN & PASCUCCI, LLP
        5400 S. University Drive, Ste. 413
        Davie, FL 33328
        Tel:  (954) 889-3359
        Fax:  (954) 889-5913
        Mpascucci@ELPLawyers.com
        JEggnatz@EggnatzLaw.com

        *Attorneys for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 14th day of November 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send e-mail notification of such filing to all attorneys of record.

                                      s/ Justin Kachadoorian_____
                                      Justin Kachadoorian, Esq.