UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEX HOLT, MICHELLE DANIELS,
LARRY WASHINGTON, MARKO
FREEMAN, JOHN POINDEXTER, et al,

      Plaintiffs,

v.                       Case No:   6:17-cv-693-Orl-37GJK

WAFFLE HOUSE, INC., WH CAPITAL,
LLC, THE SOURCE FOR PUBLIC DATA,
L.P., SHADOWSOFT, INC., et al,

      Defendants.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 71) filed November 14, 2017 pursuant to the Court's order dated October 25, 2017 in the related action Jones v. Waffle House, et al., Case No. 6:15-cv-01637-RBD-GJK (Doc 151).   Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice.   The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida this 16th day of November, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:      Counsel of Record